UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOYCE CHAE on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIG KO-KO INC. dba KO KO COLLEGE RESTAURANT and SUNGYOON HWANG,<br><br>Defendants, | Index No. 22-CV-00376<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Joyce Chae hereby accepts and provide notice that she has accepted Defendants' Offer of Judgment dated December 9, 2022, and annexed hereto as **Exhibit A**.

Dated: December 16, 2022                               Respectfully submitted,

                                            By:     /s/ Ryan Kim
                                                      Ryan Kim, Esq.
                                                      Ryan Kim Law, P.C.
                                                     222 Bruce Reynolds Blvd. Suite 490
                                                     Fort Lee, NJ 07024
                                                     Tel.: (718) 573-1111
                                                     *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

>Sharon M. Sulimowicz, Esq.
>118 North Tioga Street, Suite 202
>Ithaca, New York 14850
>sharon@smsattorneyatlaw.com

By:   /s/ Ryan Kim
      Ryan Kim, Esq.

Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel.: (718) 573-1111
*Attorney for Plaintiff*